1018

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. JOHN DEERE TRACTOR COMPANY and Dain Manufacturing Company.**

No. 463.

Circuit Court of Appeals, Eighth Circuit.
Dec. 16, 1939.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Harold W. Pike, of Moline, Ill., for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, pursuant to stipulation.

**In the Matter of NEWARK ATHLETIC CLUB, Debtor; Julius S. Rippel, Appellant.**

No. 7240.

Circuit Court of Appeals, Third Circuit.
Jan. 8, 1940.

Theodore Marsh (of Child, Riker, Marsh & Shipman), of Newark, N. J., for appellant.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel, filed January 6, 1940, it is now here ordered, adjudged and decreed by this Court that the order of the said District Court, entered September 12, 1939, confirming a plan for reorganization of the above named debtor, be and the same is hereby reversed and set aside, and the cause is re-manded to the said District Court for such other proceedings as may be appropriate in the circumstances.

**James Kay NYBURG, Plaintiff-Appellee, v. HOTELS STATLER CO., Inc., Defendant-Appellant.**

No. 182.

Circuit Court of Appeals, Second Circuit.
Jan. 2, 1940.

Christensen & Eberlein, of New York City (Lester P. Dodd, of Detroit, Mich., of counsel), for appellant.

Fearey, Allen & Johnston, of New York City (Morton L. Fearey and Theodore R. Finder, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**PLYMOUTH UNITED SAVINGS BANK, Appellant, v. BANK OF NASHUA.**

No. 11556.

Circuit Court of Appeals, Eighth Circuit.
Dec. 28, 1939.

Wilson, Bundschu & Bailey, of Kansas City, Mo., and Paul W. Voorhies, of Detroit, Mich., for appellant.

Ryland, Stinson, Mag & Thomson and Robert E. Rosenwald, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice, at the costs of appellant, but without the taxation of any costs in favor of appellee in this Court.